IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KATHERINE R. WARREN,　　　　　　　　　　　　　　　　　　　　　PETITIONER
ADC #714772

v.　　　　　　　　　　CASE NO. 4:21-CV-00293-BSM

STATE OF ARKANSAS　　　　　　　　　　　　　　　　　　　　　　　RESPONDENT

## ORDER

Having reviewed the entire record *de novo*, United States Magistrate Beth Deere's recommended disposition [Doc. No. 7] is adopted and Katherine Warren's petition is dismissed without prejudice. Her motion to proceed *in forma pauperis* and her motion for counsel [Doc. Nos. 1 & 3] are denied as moot.

IT IS SO ORDERED this 27th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE