IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHERINE R. WARREN,**                                             **PETITIONER**
**ADC #714772**

v.                  **CASE NO. 4:21-CV-00293-BSM**

**STATE OF ARKANSAS**                                           **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of May, 2021.

                                                          _/s/ Brian S. Miller_
                                                       UNITED STATES DISTRICT JUDGE